IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Cecil Fitzgerald Jamison, | ) | C/A No. 0:21-2077-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Ms. Kinard; Ms. Dozier; Nurse Davis; Ms. | ) | |
| Collins; Ms. Freeman; Lt. Rodan, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Cecil Fitzgerald Jamison, a self-represented state pretrial detainee, filed this civil rights action. By order issued July 28, 2021, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 8.) However, Plaintiff did not receive the order, as it was returned to the court as undeliverable mail and stamped indicating that Plaintiff is either "not in jail or out of jail." (ECF No. 14-1 at 1.) Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the Complaint. Plaintiff has failed to prosecute this case. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

September 23, 2021                                    s/R. Bryan Harwell
Florence, South Carolina                           R. Bryan Harwell
                                                               Chief United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.